**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JAMES WALLEN, ROYCE LADER, RITA FAHRNER, LEEANN BIDDIX, FRANK HIGHSMITH, JERRY HILL, HELEN KASSAMANIAN, and ERNEST BRANIGH, individually and on behalf of all others similarly situated,

                         Plaintiffs,

    -against-                                        21 **CIVIL** 8624 (VB)

                                                              **<u>JUDGMENT</u>**

CONSUMER REPORTS, INC.,

                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 9, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       December 12, 2022

                                                            **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                             **BY:**      *K. Mango*

                                                                 **Deputy Clerk**